**Dayna J. Christian,** OSB #97336
E-Mail:  dayna.christian@immixlaw.com
IMMIX LAW GROUP, PC
121 S.W. Salmon Street, Suite 1000
Portland, OR  97204
Telephone:    (503) 802-5533
Facsimile:     (503) 802-5351
Attorneys for Ritter Chemical, LLC and Xenium Resources, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GUSTAVO BUSTOS-CONTRERAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RITTER CHEMICAL, LLC and<br>XENIUM RESOURCES, INC.,<br><br>　　　　　Defendants. | Civil No. 3:11-cv-00632-KI<br><br>UNCONTESTED MOTION TO EXTEND<br>DISCOVERY DEADLINE |

　　　　Defendants hereby move the Court for an Order pursuant to Federal Rules of Civil Procedure 6(b) extending the discovery deadline an additional 60 days from the current deadline of July 31, 2012 to a new deadline of October 1, 2012.  As a result, the pretrial conference currently set for October 30, 2012 and the trial date currently set for November 6, 2012 will need to be reset.

　　　　Counsel for defendants has consulted with counsel for plaintiff and plaintiff joins in this Motion.

　　　　The parties have engaged in extensive document discovery on this case.  Witnesses, many of which no longer work for defendants, have been located after extensive searches. The main deponents are no longer living in Oregon and plaintiff has moved out of state as

well.  While deposition dates were previously proposed and agreed upon by counsel, the witnesses would not agree to be deposed by video conferencing.  Plaintiff moved to depose them via video conferencing and the court granted the order on June 28, 2012.  Counsels' previously set trial schedules, the schedules of the witnesses, and vacation schedules did not permit depositions to occur in July, prior to the discovery deadline.

The parties believe that all discovery can be completed by October 1, 2012.  The parties also propose a new trial date of January 22, 2013 and anticipate the jury trial will take four days to complete.

This motion is made in good faith and is not made for the purpose of delay.

DATED this 26th day of July, 2012.

IMMIX LAW GROUP PC

By _____
**DAYNA J. CHRISTIAN,** OSB #97336
Telephone: (503) 802-5537

Attorneys for Defendants Ritter Chemical, LLC and Xenium Resources, Inc.

Page 2 - UNCONTESTED MOTION TO EXTEND DISCOVERY DEADLINE

Immix Law Group PC
121 SW Salmon Street, Suite 1000
Portland, OR  97204
Telephone:  503-802-5533
Facsimile:  503-802-5351