Leah C. Lively, OSB No. 962414
leah.lively@ogletreedeakins.com
Amanda A. Bolliger, OSB No. 103452
amanda.bolliger@ogletreedeakins.com
Daniel L. Boyer, OSB No. 103484
daniel.boyer@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2140
Fax:               503.224.4518

Attorneys for Defendant ALDIS MANUFACTURING LTD.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| GUSTAVO BUSTOS-CONTRERAS,<br><br>  Plaintiff,<br><br>v.<br><br>RITTER CHEMICAL LLC & ALDIS MANUFACTURING LTD.,<br><br>  Defendants. | Case No.: 3:11-cv-00632-MO<br><br>**JUDGMENT** |

This case was tried to the court on plaintiff Gustavo Bustos-Contreras ("Bustos") whistleblower claim under ORS Chapter 659A.199, retaliation claim under ORS chapter 659A.030, Title VII of the Civil Rights Act of 1964, and 42 USC Section 1981, hostile work environment claim under ORS chapter 659A.030, Title VII of the Civil Rights Act of 1964, and 42 USC Section 1981, and race and national origin discrimination claims under ORS chapter 659A.030, Title VII of the Civil Rights Act of 1964, and 42 USC Section 1981 with U.S. District

1 – JUDGMENT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518

Court Judge Michael W. Mosman presiding.  On March 7, 2014, the court rendered its verdict in favor of Aldis Manufacturing LTD ("Aldis") and against Bustos on all of Bustos's claims against Aldis.  The court rendered a default judgment against Ritter Chemical LLC ("Ritter").

Accordingly,

IT IS HEREBY ORDERED that judgment be, and is, entered as follows:

(1)     For Aldis and against Bustos on Bustos's claim of whistleblower discrimination under ORS chapter 659A.199;

(2)     For Aldis and against Bustos on Bustos's claim of retaliation under ORS chapter 659A.030, Title VII of the Civil Rights Act of 1964, and 42 USC Section 1981;

(3)     For Aldis and against Bustos on Busto's claim of hostile work environment under ORS chapter 659A.030, Title VII of the Civil Rights Act of 1964, and 42 USC Section 1981;

(4)     For Aldis and against Bustos on Bustos's claim of race discrimination under ORS chapter 659A.030, Title VII of the Civil Rights Act of 1964, and 42 USC Section 1981; and

(5)     For Aldis and against Bustos on Bustos's claim of national origin discrimination under ORS chapter 659A.030 and Title VII of the Civil Rights Act of 1964.

Dated this __19__ day of March, 2014.

By:     /s/Michael W. Mosman
        Honorable District Judge Michael W. Mosman

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518