IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GUSTAVO BUSTOS-CONTRERAS**,

      Plaintiff,

    v.

**RITTER CHEMICAL, LLC and**
**ALDIS MANUFATURING LTD.**,

      Defendants.

No. 3:11-cv-00632-MO

SUPPLEMENTAL JUDGMENT

**MOSMAN, J.**,

    Based upon my Order [242] dated May 9, 2014,

    IT IS ORDERED AND ADJUDGED that Plaintiff is awarded costs in the amount of $1,406.69 against Defendant Aldis Manufacturing LTD.

    DATED this   30th   day of June, 2014.

                                                          /s/Michael W. Mosman
                                                        MICHAEL W. MOSMAN
                                                       United States District Judge

1 – SUPPLEMENTAL JUDGMENT