Leah C. Lively, OSB No. 962414
leah.lively@ogletreedeakins.com
Amanda Bolliger Crespo, OSB No. 103452
amanda.crespo@ogletreedeakins.com
Daniel L. Boyer, OSB No. 103484
daniel.boyer@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2140
Fax:     503.224.4518

Attorneys for Defendant ALDIS
MANUFACTURING LTD.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| GUSTAVO BUSTOS-CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>RITTER CHEMICAL LLC & ALDIS MANUFACTURING LTD.,<br><br>Defendants. | **Case No.: 3:11-cv-00632-MO**<br><br>**SUPPLEMENTAL JUDGMENT AND MONEY AWARD** |

1 – SUPPLEMENTAL JUDGMENT AND MONEY AWARD

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518

## SUPPLEMENTAL JUDGMENT

Based on the Court's May 9, 2014, Order taxing costs against plaintiff (Dkt. No. 243) and the Court's March 19, 2014, Judgment entering judgment in favor of defendant Aldis Manufacturing Ltd. ("Aldis") and against plaintiff on all of plaintiff's claims against Aldis, IT IS ORDERED AND ADJUDGED that a judgment be entered in favor of Aldis and against plaintiff for costs in the amount of $4,919.54, and post judgment interest at the rate of 10% per annum.

## MONEY AWARD

1. Judgment Creditor:  Aldis Manufacturing LTD.
   26099 SW 95th Ave. # 601
   Wilsonville, OR 97070

2. Judgment Creditor's Attorney:  Leah C. Lively
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   222 SW Columbia Street, Suite 1500
   Portland, OR 97201

3. Judgment Debtor:  Gustavo Bustos Contreras
   1844 Michigan Avenue
   Stockton, CA 95204

4. Judgment Debtor's SSN:  N/A

5. Attorney for Judgment Debtor:  Beth Creighton
   Creighton and Rose PC
   815 SW 2nd Avenue, Suite 500
   Portland, OR 97204

6. Name of any person or public bodies who are entitled to any portion of a payment made on this award:  N/A

7. Principal Amount of Judgment:  **$4,919.54**
   *(a) Judgment for Costs:*  *$4,919.54*

8. Pre-judgment Interest:  None

2 – SUPPLEMENTAL JUDGMENT AND MONEY AWARD

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

9. Post-judgment Interest: Ten percent (10%) per annum on the Principal Amount of Judgment, from the date this Supplemental Judgment is entered.

Dated this __4th__ day __December__, 2014.

/s/ Michael W. Mosman
Honorable District Judge Michael W. Mosman

Respectfully submitted by:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

/s/ Leah C. Lively
Leah C. Lively, OSB No. 962414
leah.lively@ogletreedeakins.com
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140

Attorneys for Defendant ALDIS
MANUFACTURING LTD.

18635927.1

3 – SUPPLEMENTAL JUDGMENT AND MONEY AWARD

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518